## TERRY et al. v. BASKIN et al.

Motions Nos. 10001, 10003; No. 1479—5734.

Commission of Appeals of Texas, Section A. Feb. 24, 1932.

For former opinion, see 44 S.W.(2d) 929, which reversed judgment in 27 S.W.(2d) 857.

CRITZ, J.

We have read and carefully considered motions for rehearing No. 10001, filed herein by A. H. Baskin et al., and motion No. 10003, filed hereby by Mrs. Jesse Terry Bailey et al., and recommend that both motions be in all things overruled.

The original judgment in this case discloses that costs of appeal were taxed against A. H. Baskin, A. J. Lewis, and W. A. Morrison.

We recommend that the costs be retaxed and all costs of appeal taxed against A. J. Lewis and W. A. Morrison.